UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ISAAC POLLARD, *et al.* PLAINTIFFS

v. Civil Action No. 3:19cv182-NBB-JMV

DESOTO COUNTY, *et al.* DEFENDANTS

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiffs dismiss all claims against the following defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

1. Scott Johnson
2. Mikel Connell
3. Tyler Brown
4. Skip Rexroade
5. Lynn Starkey
6. Brian Falatko

The plaintiffs do not intend for this notice to dismiss any claims against any other defendant.

Dated: November 26, 2019.

Respectfully submitted,

ISAAC POLLARD, LISA POLLARD and
RONNIE POLLARD

By: /s/ James M. Priest, Jr. ____________,
Their Attorney

Of Counsel:

W. Bobby Gill, III MSB # 9857
James M. Priest, Jr., MSB # 99352
Gill, Ladner & Priest, PLLC
344 Highway 51, Second Floor
Ridgeland, MS 39157
(601) 352-5700
jamie@glplawfirm.com

## CERTIFICATE OF SERVICE

I certify that on November 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification to:

R. Jeff Allen
Hunt Ross & Allen
Post Office Box 1196
Clarksdale, MS 38614
rjallen@huntross.com

/s/ James M. Priest, Jr.