IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ISAAC POLLARD, ET AL.**                                                       **PLAINTIFFS**

**V.**                                               **CAUSE NO. 3:19CV182-NBB-JMV**

**DESOTO COUNTY, ET AL.**                                         **DEFENDANTS**

## ORDER

Before the Court is Defendants' Motion to Compel discovery [33]. Plaintiffs failed to timely file a response in accordance with the expedited briefing schedule set by the Court.[1] Accordingly, because the record indicates Plaintiffs have failed to respond to written discovery requests, including interrogatories and requests for production, that were propounded on December 27, 2019—making the responses more than three months past due—Defendants' motion to compel is **GRANTED**. **Plaintiffs shall have two (2) business days from this date to serve full responses (all objections having been waived) to Defendants' interrogatories and requests for production.**

**IT IS FURTHER ORDERED** that Defendants are entitled to reasonable attorney fees and other expenses incurred in making the motion to compel. *See* FED.R.CIV.P. 37(a)(5). Accordingly, counsel for Defendants shall file an itemization of such fees and other expenses

---

[1] Counsel for Plaintiffs was notified by email dated May 5, 2020, that any response to Defendants' motion must be filed within 3 business days of the date of that email. By email dated May 11, Counsel for Plaintiffs was notified that the Court's records did not show any response to the motion to compel had been filed by Plaintiffs in accordance with the expedited briefing schedule.

within five (5) business days of this date. Plaintiffs may file any response to counsel's itemization within three (3) business days of the filing thereof.

**SO ORDERED** this, the 13th day of May, 2020.

/s/ Jane M. Virden
U. S. Magistrate Judge