**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ISAAC POLLARD, ET AL.**     **PLAINTIFFS**

**V.**     **CAUSE NO. 3:19CV182-NBB-JMV**

**DESOTO COUNTY, ET AL.**     **DEFENDANTS**

### ORDER

Consistent with the Order [36] granting a trial continuance, Case Management Order deadlines are amended only as enumerated here:

| | |
|---|---|
| Defendants' Designation of Experts | 10/21/20 |
| Discovery | 1/21/21 |
| Dispositive and *Daubert* Motions | 2/5/21 |

**SO ORDERED** this, the 28th day of July, 2020.

/s/ Jane M. Virden
U.S. Magistrate Judge