**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ISAAC POLLARD, LISA POLLARD and RONNIE POLLARD** **PLAINTIFFS**

**VERSUS** **CIVIL ACTION NO.: 3:19cv182-NBB-JMV**

**DESOTO COUNTY, TIM FLETCHER THOMAS CAMPBELL, BRANDON PERKINS, JONATHAN HENDRIX, JASON CLINGAN, BRIAN KELLER, JOHN COLEMAN, BRETT WILLIAMS** **DEFENDANTS**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that the following parties are dismissed ***with prejudice***:

- Desoto County, Tim Fletcher, Jason Clingan, Brian Keller, John Coleman, and Brett Williams

Further, Plaintiffs hereby concede and dismiss the following claims ***with prejudice***:

- That the subject traffic stop involving Isaac Pollard lacked probable cause or otherwise violated Isaac Pollard's 4th or 14th Amendment rights (see ¶ 28, Doc. 1).

- That the detention of Isaac Pollard was based upon racial profiling, deprived him of equal protection under the law, or otherwise violated his 4th or 14th Amendment rights (see ¶ 31, Doc. 1).

- That DeSoto County failed to investigate, train, supervise, discipline, or terminate any particular individual; or that any Plaintiff suffered a violation of his or her constitutional rights whose moving force was a policy or custom of DeSoto County (see ¶ 32, Doc. 1).

Again, each of the above identified parties and claims are hereby dismissed ***with prejudice***, with each party to bear their own costs. Nothing herein shall be deemed to affect the remainder of

the subject lawsuit or the pending Motion for Summary Judgment (Docs. 47 and 48), except to the extent that this pleading narrows the parties and claims at issue before the court therein.

Submitted on this, the 9th day of March, 2021.

**/s/** *James M. Priest, Jr.*
James M. Priest, Jr. (MBN 99352)
jamie@glplawfirm.com
GILL, LADNER & PRIEST, PLLC
344 Highway 51, 2nd Floor
Ridgeland, MS 39157
601-352-5700 (phone)
***Attorney for Plaintiffs***

**/s/** *Jeff Allen* R.
Jeff Allen (MBN 10593)
rjallen@huntross.com
HUNT ROSS & ALLEN
P.O. Box 1196
Clarksdale, MS 38614
662-627-5251 (phone)
***Attorney for Defendants***