IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ISAAC POLLARD, LISA POLLARD,
AND RONNIE POLLARD                                                                            PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:19-cv-182-NBB-JMV

DESOTO COUNTY, TIM FLETCHER,
THOMAS CAMPBELL, BRANDON PERKINS,
JONATHAN HENDRIX, JASON CLINGAN,
BRIAN KELLER, JOHN COLEMAN, AND
BRETT WILLIAMS                                                                                DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment and qualified immunity is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This 27th day of September, 2021.

                                                    /s/ Neal Biggers
                                                    NEAL B. BIGGERS, JR.
                                                    UNITED STATES DISTRICT JUDGE