UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ISAAC POLLARD, *et al.* PLAINTIFFS

v. Civil Action No. 3:19cv182-NBB-JMV

DESOTO COUNTY, *et al.* DEFENDANTS

# NOTICE OF APPEAL

Notice is hereby given that Isaac Pollard, Lisa Pollard, and Ronnie Pollard, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [ECF # 63] granting the defendant's motion for summary judgment and Memorandum Opinion [ECF # 64] entered in this action on September 27, 2021.

Dated: October 27, 2021.

Respectfully submitted,

ISAAC POLLARD, LISA POLLARD and
RONNIE POLLARD

By: /s/ James M. Priest, Jr. ,
Their Attorney

Of Counsel:
James M. Priest, Jr., MSB # 99352
GILL, LADNER & PRIEST, PLLC
344 Highway 51, Second Floor
Ridgeland, MS 39157
(601) 352-5700
jamie@glplawfirm.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification to:

R. Jeff Allen
Hunt Ross & Allen
Post Office Box 1196
Clarksdale, MS 38614
rjallen@huntross.com

/s/ James M. Priest, Jr.