**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**CIVIL MINUTES**

**CASE NO.: 3:19-cv-182-SA-JMV** **PLACE HELD – Telephonic**

**ISAAC POLLARD, LISA POLLARD, and RONNIE POLLARD**

**VS.**

**THOMAS CAMPBELL, BRANDON PERKINS, and JONATHAN HENDRIX**

**DATE & TIME BEGUN/ENDED:** **February 15, 2024**
**10:00 a.m. – 10:30 a.m. (Final Pretrial Conference)**
**10:30 a.m. – 11:30 a.m. (Settlement Conference)**

**Total time: 1 hour and 30 minutes**

---

**PRESENT:**

**Honorable Jane M. Virden, U.S. Magistrate Judge**

**Attorney for plaintiffs**
James M. Priest, Jr.

**Attorney for defendants**
R. Jeff Allen

---

**PROCEEDINGS:** **Final Pretrial-Settlement Conference**

---

**Docket Entry:** A final pretrial-settlement conference was held. The case was **settled**. The settlement was recorded.

**DAVID CREWS, CLERK**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy