**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ISAAC POLLARD, LISA POLLARD and RONNIE POLLARD** — **PLAINTIFFS**

**VERSUS** — **CIVIL ACTION NO.: 3:19cv182-NBB-JMV**

**THOMAS CAMPBELL, BRANDON PERKINS and JONATHAN HENDRIX** — **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action shall be, and the same is hereby dismissed ***with prejudice***, with each of the parties to bear their own costs.

Submitted on this, the 18th day of March, 2024.

/s/ *James M. Priest, Jr.*
James M. Priest, Jr. (MBN 99352)
jamie@glplawfirm.com
GILL, LADNER & PRIEST, PLLC
344 Highway 51, 2nd Floor
Ridgeland, MS 39157
601-352-5700 (phone)
***Attorney for Plaintiffs***

/s/ *Jeff Allen*
R. Jeff Allen (MBN 10593)
rjallen@huntross.com
HUNT ROSS & ALLEN
P.O. Box 1196
Clarksdale, MS 38614
662-627-5251 (phone)
***Attorney for Defendants***